UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK BRIGHT, <br><br> Movant, <br><br> -v.- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 23 Civ. 4524 (KPF) <br> 18 Cr. 54 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

Mr. Bright's pending motion to vacate, set aside, or correct his sentence references "the annexed declaration of Lynette Bright." (Dkt. #1). The Court has not received that declaration. If Mr. Bright wishes the Court to consider that declaration in connection with his motion, he shall file a copy of it as soon as practicable.

The Clerk of Court is directed to mail a copy of this Order to Mr. Bright at the following address: Frank Bright, Register No. 69752-066, FCI Hazelton, P.O. Box 5000, Brucetown, WV 26525.

SO ORDERED.

Dated:   July 12, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge